Herbert H. Nabers, Appellee, v. Beryl Jacobson, Appellant.

Gen. No. 41,933.

opinion filed February 10, 1942. Myer H. Gladstone and Ward Swalwell, for appellant; Robert M. Woodward and Robert J. Spahr, for appellee. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."